**Elizabeth E. Lampson, OSB No. 975185**
E-mail: elampson@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax:  (503) 222-4428
        **Of Attorneys for Defendant Securitas Security Services**

**Nathan A. Hall,** *Admitted Pro Hac Vice*
Email: nate@chs.law
**Daniel Sarther,** *Admitted Pro Hac Vice*
Email: dan@chs.law
**CHRISTENSEN HSU SIPES LLP**
224 South Michigan Avenue, Suite 1300
Chicago, Illinois 60604
Tel:     (312)-634-1014

        *Of Attorneys for Defendant*
        *Securitas Security Services and*
        *Jonathan Johnston*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – EUGENE DIVISION

MARGARET HERNANDEZ,

        Plaintiff,

    v.

SECURITAS SECURITY SERVICES USA,
INC., et al,

        Defendants.

Case No.  6:23-cv-01306-MC

STIPULATED GENERAL
JUDGMENT OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS

Pursuant to FRCP 41(a)(1)(A)(ii), and based on the stipulation of Plaintiff Margaret

Hernandez and Defendant Securitas Security Services USA, Inc., that all of Plaintiff's claims

against Defendant Securitas Security  in this case have been fully compromised, and those

parties' stipulation that a General Judgment of Dismissal of all claims may be entered with

**DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422   F (503) 222-4428

prejudice and without attorneys fees for costs to any party, and there being no just reason for delay, it is hereby

ORDERED AND ADJUDGED that a General Judgment of dismissal with prejudice and without costs be entered in this matter.

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.


_____          _____
12/13/24                         *s/ Elizabeth E. Lampson*
Date                             Elizabeth E. Lampson, OSB No. 975185
                                 elampson@davisrothwell.com

CHRISTENSEN HSU SIPES LLP


_____          _____
12/13/24                         *s/ Daniel Sarther*
Date                             Nathan A. Hall, *Admitted Pro Hac Vice*
                                 nate@chs.law
                                 Daniel Sarther, *Admitted Pro Hac Vice*
                                 dan@chs.law

                                 ***Of Attorneys for Defendant***
                                 ***Securitas Security Services and***
                                 ***Jonathan Johnston***

DWYER WILLIAMS CHERKOS
ATTORNEYS, P.C.


_____          _____
12/13/24                         *s/ Timothy Williams*
Date                             Timothy Williams, OSB No. 034940
                                 tim@rdwyer.com
                                 ***Of Attorneys for Plaintiff***


Dated:  12/19/2024               s/Michael J. McShane
                                 _____
                                 MICHAEL J. McSHANE
                                 UNITED STATES DISTRICT COURT

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422   F (503) 222-4428